PROB 12C
(6/16)

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 1 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Report Date: August 1, 2018

# United States District Court

## for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rocky J Fogler | Case Number: 0980 1:14CR02083-LRS-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 9, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)+ | |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 8, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On February 9, 2018, this officer met with Mr. Fogler upon his release from Bureau of Prisons custody. Mr. Fogler reviewed, via his sister's American Sign Language interpreting, and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On July 18, 2018, Mr. Fogler was unsuccessfully discharged from outpatient substance abuse counseling at Merit Resource Services (Merit) for lack of attendance and a positive urinalysis test that was collected on July 5, 2018. |

Prob12C
Re: **Fogler, Rocky J**
August 1, 2018
Page 2

2     **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 9, 2018, this officer met with Mr. Fogler upon his release from Bureau of Prisons' custody. Mr. Fogler reviewed, via his sister's American Sign Language interpreting, and signed the judgment and sentence, which outlined the conditions of his term or supervised release.

On July 5, 2018, Mr. Fogler submitted to UA testing at Merit. The specimen collected was presumptive positive for methamphetamine use. The specimen was sent to the lab for confirmation testing. On July 10, 2018, the specimen was confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/01/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/1/18
Date