PROB 12C
(6/16)

Report Date: November 21, 2018

United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision



FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 26 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Rocky J. Fogler          Case Number: 0980 1:14CR02083-LRS- 1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 9, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2018 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: February 8, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/01/2018 and 09/26/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Fogler is considered to be in violation of his conditions of supervision by failing to report in person to the probation office on November 20, 2018, as directed by his probation officer.

On February 9, 2018, this officer met with Mr. Fogler upon his release from Bureau of Prisons custody. Mr. Fogler reviewed, via his sister's American Sign Language interpreting, and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On November 20, 2018, at 1:08 a.m., this officer received an alert from BI, Inc. (BI), the location monitoring agency, that Mr. Fogler left his residence without authorization. This officer attempted to contact Mr. Fogler via text message to his cell phone. This officer asked Mr. Fogler if he was home.

Prob12C
**Re: Fogler, Rocky J**
**November 21, 2018**
**Page 2**

At 2:57 a.m., Mr. Fogler responded stating he was home. Via text message, the offender reported he went to pick up his girlfriend at the Sunshine Motel and took her to the hospital and then returned home.

BI verified that Mr. Fogler had returned home at 2:06 a.m.

At 3:04 a.m., this officer instructed Mr. Fogler via text message to report to the probation office for urinalysis (UA) testing on this date. At 3:07 a.m., Mr. Fogler acknowledged the instructions and responded "no problem."

At 12:35 p.m., this officer attempted to contact Mr. Fogler as he left his residence at 11:42 a.m. and did not return at 12 p.m., per his curfew schedule. This officer sent a text message asking of his whereabouts. Mr. Fogler did not respond.

At 2:35 p.m., this officer informed Mr. Fogler he was in violation of his curfew. He was instructed to report in person to the probation office by 4 p.m. on November 20, 2018.

Mr. Fogler failed to follow instructions and did not report to the probation office. His whereabouts remain unknown as of the date of this report.

6    **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Fogler is considered to be in violation of his conditions of supervision by failing to submit to urinalysis (UA) testing at the probation office on November 20, 2018, as directed by his probation officer.

On February 9, 2018, this officer met with Mr. Fogler upon his release from Bureau of Prisons custody. Mr. Fogler reviewed, via his sister's American Sign Language interpreting, and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On November 20, 2018, at 3:04 a.m., this officer instructed Mr. Fogler via text message to report to the probation office for UA testing. Mr. Fogler responded by saying "no problem."

Mr. Fogler failed to follow instructions and did not report to the probation office for UA testing. His whereabouts remain unknown as of the date of this report.

7    **Release Condition**: Defendant shall promptly report to his probation office to be enrolled in the location monitoring home confinement program.

**Supporting Evidence**: Mr. Fogler is considered to be in violation of his conditions of location monitoring program by failing to abide by his agreed upon home confinement schedule on November 20, 2018.

On October 11, 2018, a supervised release revocation hearing was held. Mr. Fogler admitted to violation number 1 and 2 set forth in the petition filed August 1, 2018, and violations number 3 and 4 set forth in the petition filed September 26, 2018. Mr. Fogler was ordered to be released from custody on October 15, 2018, and continue on the same conditions as

Prob12C
Re: Fogler, Rocky J
November 21, 2018
Page 3

previously imposed with the addition of location monitoring and home confinement. Mr. Fogler agreed to the recommendations and indicated he understood and would follow all conditions.

On October 15, 2018, this officer met with Mr. Fogler at his residence upon release from custody. With the assistance of his girlfriend's, Isabel Mejia, American Sign Language interpreting, Mr. Fogler reviewed and signed the Location Monitoring Program Radio Frequency Participant Agreement and daily Activity Form. Mr. Fogler's schedule was set up for him to leave his residence if needed between 8 a.m. and 12 p.m., Monday through Friday, for employment seeking, medical appointments, and counseling.

On November 20, 2018, at 1:08 a.m., this officer received an alert from BI Incorporated (BI), the location monitoring agency, that Mr. Fogler left his residence without authorization. This officer attempted to contact Mr. Fogler via text message to his cell phone. This officer asked Mr. Fogler if he was home.

At 2:57 a.m., Mr. Fogler responded he was home. The offender sent this officer a text message stating he went to pick up his girlfriend at the Sunshine Motel and took her to the hospital and then returned home.

BI verified that Mr. Fogler had returned home at 2:06 a.m. This unauthorized leave was a violation of his location monitoring schedule.

At 12:35 p.m., this officer attempted to contact Mr. Fogler as he left his residence at 11:42 a.m., and did not return at 12 p.m. per his location monitoring schedule. This officer sent a text message asking of his whereabouts. Mr. Fogler did not respond.

At approximately 2 p.m., the Yakima Police Department (YPD) found a location monitoring bracelet and notified the Washington State Department of Corrections (DOC). DOC determined that the bracelet was assigned to the U.S. Probation Office. BI verified that the bracelet recovered by YPD was last assigned to Rocky Fogler on October 15, 2018.

It now appears Mr. Fogler has absconded from supervision as evidenced by the removal of his location monitoring equipment and his failure to report to the probation office as directed. His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2018

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Fogler, Rocky J
November 21, 2018
Page 4

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/26/18
Date