PROB 12C
(6/16)

Report Date:  April 22, 2019

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2019

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rocky J. Fogler                    Case Number: 0980 1:14CR02083-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 9, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 46 months TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 28, 2019) | Prison - 4 months TSR - 32 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 9, 2019 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: October 8, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Fogler is considered to be in violation of his conditions of supervision by possessing controlled substances: marijuana, methamphetamine, and suboxone, on March 17, 2019.

On March 8, 2019, this officer met with Mr. Fogler upon his release from custody.  Mr. Fogler reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release.

On March 17, 2019, per an incident report written by Yakima County Corrections Sergeant Lipp, at approximately 2000 hours, while she was processing another inmate, she was told that inmate Rocky Fogler had drugs in his possession.  She was informed he had marijuana and suboxone.  Sergeant Lipp remembered she had received information the prior week during the body scanner training that Mr. Fogler was bringing in drugs.  She advised Corporal McGuire that Mr. Fogler had drugs on him.  Officer Villafan was also informed.  Mr. Fogler was processed and scanned.  Sergeant Lipp looked at the scan and saw the same

Prob12C
**Re: Fogler, Rocky J**
**April 22, 2019**
**Page 2**

issue that was on his previous scans when he brought in drugs.  Corporal McGuire spoke with Mr. Fogler and was told if he gave up the drugs, he would not be charged.  If he did not give up the drugs, he would be criminally charged.  The conversation between Corporal McGuire and Mr. Fogler was done via paper and pen due to Mr. Fogler's hearing disability.

The conversation was as follows:

"McGuire: We know you have drugs if you give them to me we won't charge you.
Fogler: Chews
McGuire: Suboxine and marijuana
Fogler: and meth
Fogler: milk
McGuire: Do you want to talk to the Sgt.
Fogler: Thank you for your adive (advice)
McGuire: Next time you get charged - freebie this time."

Mr. Fogler was given a glove and a red bag.  He was placed into the booking bathroom and he removed the drugs from his rectum area, placed them into the red bag and gave them to Corporal McGuire.  The drugs and chew were tightly wrapped in cellophane and in two separate packages.  The first was the chew wrapped tightly in a circular package.  The second was about 4 inches and in a long cylinder shape.  Inside the package were three separate packages.  The first one was marijuana, the second part was a package of methamphetamine, and the third portion was a suboxone strip and more methamphetamine.  The drugs were labeled and secured in the evidence locker pending proper disposal.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 22, 2019 |
| | s/Arturo Santana |
| | Arturo Santana
U.S. Probation Officer |

---

**THE COURT ORDERS**
[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

04/22/2019
_____
Date