PROB 12C
(6/16)

Report Date: May 9, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rocky J Fogler | Case Number: 0980 1:14CR02083-LRS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Lonny R. Suko, Senior U.S. District Judge |
| Date of Original Sentence: June 9, 2015 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 46 months      Type of Supervision: Supervised Release |
|  | TSR - 36 months |
| Revocation Sentence: (January 28, 2019) | Prison - 4 months |
|  | TSR - 32 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon      Date Supervision Commenced: February 9, 2019 |
| Defense Attorney: | Paul Shelton      Date Supervision Expires: October 8, 2021 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 04/22/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Fogler is considered to be in violation of his conditions of supervision by being arrested on April 22, 2019, for two counts of assault in the second degree with a deadly weapon, and assault in the third degree causing bodily harm, Yakima County Superior Court case number 19-1-00676-39. |
| | On March 8, 2019, this officer met with Mr. Fogler upon his release from custody.  Mr. Fogler reviewed and signed the judgement and sentence, which outlined the conditions of his term of supervised release. |
| | On April 21, 2019, per Yakima Police Department incident report number 19Y014185, at approximately 12:40 a.m., Officer Schad, was dispatched to a possible stabbing incident at 912 N. First Street, Yakima, Washington.  The officer responded to the location, which was an AM/PM convenience store, and met with the victim, Luis Castillo.  Standing next to him was a female, identified as his girlfriend, Ashley Cutler.  The officer spoke with Ashley who |

Prob12C
Re: Fogler, Rocky J
May 9, 2019
Page 2

told him that she was walking down the hallway of the Sunshine Motel, 1223 N. First Street, with her boyfriend Luis. Ashley stated that they were walking to room 49 when two white males came out of either room 32 or room 34. She stated one of the suspects appeared to be in his mid 40s and was wearing a red and gray jacket with diamonds on it and light blue jeans. The other suspect was a white male in his 30s, wearing blue jeans and a white t-shirt.

Ashley stated that the suspects came out of either room 32 or 34 and suddenly attacked Luis. Ashley told stated the male wearing the white t-shirt was the suspect that stabbed Luis, stating the suspect who stabbed Luis was "deaf."

Officer Ho observed Luis' wound on his lower back, which appeared to be shallow puncture wound about 1-inch in length, with fresh blood coming from the wound.

Officer Schad went to the Sunshine Motel to view video footage. In the video footage he observed two white males, one wearing a black hoodie, white t-shirt, and jeans. The male appeared to be about mid 30s, 5 foot 10 inches tall, medium build. The other male appeared to be a white male, about 6 foot tall, medium build, wearing a gray baseball cap, white shorts, glasses, and a large fur coat with a hood.

In the video, the officer saw two males come out of a door on the east side of the hallway about midway down. The male wearing the black hoodie stopped at about room 32 and the male in the fur coat walked all the way down the north end of the hallway. The male in the fur coat looked to the west and a male and female, who the officer recognized as Ashley and Luis, came from the west, which was where the front entrance was. Luis was on his white BMX bike and Ashley was walking next to him.

Ashley and Luis walked by the male in the fur coat, who then started walking behind them. The male in the black hoodie stopped Luis then started striking Luis multiple times. The male in the fur coat then ran up on Luis and started hitting him from behind. Multiple subjects from different rooms came out and started breaking up the fight. The male in the fur coat went in and out of room 32 multiple times before disappearing into the room. The male was not seen exiting the room. Officer Sanchez contacted everyone in room 32 and did not locate anyone matching the description of the suspects.

On April 22, 2019, Officer Soptich was contacted by Luis who told him he had information he wanted to share about the stabbing. He contacted officer Schad at about 1:20 a.m. and told him he came into the Sunshine Motel on his bike and Ashley was walking next to him. He stated that there were two men in the hallway and the male named "Travis" stopped him. Luis told the officer that "Travis" said something to him and began assaulting him. Luis stated the suspect who stabbed him was wearing shorts and ran up behind him.

Luis told Officer Schad that the suspect's name was "Rocky" and that he was deaf. Officer Soptich was familiar with a male named Rocky J. Fogler, who was deaf. Rocky was searched through Spillman and the officer located a recent booking photo of the offender. From the booking photo, the officer was able to identify the suspect wearing the fur coat as Rocky.

Luis stated to have seen Rocky about 30 minutes prior to speaking with the officer at the Sunshine Motel. However, officer's were unable to locate Rocky. Later, Officer Molineux was driving by 1022 North First Street, Yakima, Washington, the Yakima Valley Inn, when

he observed Rocky. Rocky was apprehended. He was informed of his Miranda Warning rights and requested an attorney.

It should be noted that in the video of the assault, Rocky was wearing a black shirt with writing on it under the fur coat. He was also wearing Nike shoes. Rocky was wearing the Nike shoes and t-shirt when he was taken into custody by Officer Molineux. When taken into custody, Rocky had a large knife on his person. Rocky was booked into the Yakima County Jail with recommended charges of first degree assault.

The second suspect was identified as Travis Shane Barnes. Mr. Barnes is the offender's biological father. Travis was arrested on May 6, 2019, and booked into Yakima County Jail on multiple warrants to include a U.S. Marshals warrant.

On May 6, 2019, Mr. Fogler was arraigned in Yakima County Superior Court, case number 19-1-00676-39. He is being charged with two counts of assault in the second degree with a deadly weapon, and assault in the third degree causing bodily harm.

Mr. Fogler has a pretrial date scheduled for June 10, 2019. Mr. Fogler remains in custody and his bail is set at $55,000.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 9, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Fogler, Rocky J
May 9, 2019
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

05/09/2019
Date